UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV22-00434 JAK (MRWx) | Date | March 7, 2022 |
| Title | Nancy Fried v. Thomas P Schmalzried, et al. | | |

Present: The Honorable     JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson-Terrell | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michele Stephan (video) | Kelley Olah (video) |
| Sahar Malek (video) | Chris Norton (video) |

**Proceedings:     DEFENDANTS' MOTION TO STAY PROCEEDINGS (DKT. 14); AND**

**PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT (DKT. 15)**

The motion hearing is held via video conference. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views regarding Defendants' Motion to Stay Proceedings (Dkt. 14) and Plaintiff's Motion to Remand Action to State Court (Dkt. 15) (together, the "Motions"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 25 |
|---|---|---|
| Initials of Preparer | TJ | |